**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**BRIGETTE E. FOLEY, ESQ.**
Nevada Bar No. 12965
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com
befoley@wolfewyman.com

Attorneys for Defendants
**PNC BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION**



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 7829 FAITH, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., FEDERAL HOME LOAN MORTGAGE CORPORATION; SILVER STATE SCHOOLS CREDIT UNION; KEVIN L. HENDRICKS, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | CASE NO. 2:16-cv-01817-JAD-CWH<br><br>**MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |
| ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>KEVIN HENDRICKS, an individual, NATIONAL CITY MORTGAGE COMPANY, SILVER STATE SCHOOLS CREDIT UNION,<br><br>        Defendants. | |

///

///

1

2517166.1

TO: THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that YanXiong Li, Esq. from the firm of Wolfe & Wyman LLP is no longer counsel of record in the above-captioned matter and should be removed from all further notices. The new attorney to be added and noticed of all further filings and hearings is as follows:

**Brigette E. Foley, Esq. (Nevada Bar No. 12965)**
befoley@wolfewyman.com

DATED:   November 22, 2016

WOLFE & WYMAN LLP

By:   */s/ Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
BRIGETTE E. FOLEY, ESQ.
Nevada Bar No. 12965
6757 Spencer Street
Las Vegas, NV 89119

*Attorneys for Defendants*
PNC BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION

IT IS SO ORDERED.
DATED: November 29, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

On November 22, 2016, I served the **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** by the following means to the persons as listed below:

  X   a.   ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Jacob Hafter – jhafter@hafterlaw.com
Jason M. Peck – japeck@ccfirm.com
Charles Geisendorf – charles@clgltd.com
Shane D. Cox – shane@absolute-collection.com

  X   b.   United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

Kevin Hendricks                          *Defendant in proper person*
7117 Piper's Run                         Email: khendricks311@gmail.com
North Las Vegas, NV 89084

By: */s/ Stacy Warner*
      Stacy Warner
      An employee of Wolfe & Wyman LLP

3

2517166.1