COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
WOLFE & WYMAN LLP
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorneys for Defendants
PNC BANK, N.A. and FEDERAL HOME
LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 7829 FAITH, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PNC BANK, N.A., FEDERAL HOME LOAN MORTGAGE CORPORATION; SILVER STATE SCHOOLS CREDIT UNION; KEVIN L. HENDRICKS, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-01817-JAD-CWH<br><br>**STIPULATION AND ORDER QUIETING TITLE AND CONFIRMING EXISTENCE AND VALIDITY OF DEED OF TRUST**<br><br>ECF No. 31 |
| ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KEVIN HENDRICKS, an individual, NATIONAL CITY MORTGAGE COMPANY, SILVER STATE SCHOOLS CREDIT UNION,<br><br>　　　　Defendants. | |

　　　　Plaintiff 7829 FAITH LLC and Defendants PNC BANK, N.A. and FEDERAL HOME LOAN MORTGAGE CORPORATION (collectively, the "Parties"), by and through their undersigned counsel, stipulate as follows:

The December 17, 2013 HOA sale of certain real property located at 7829 Faith Court, Las Vegas, Nevada 89131 was valid and conveyed title to Plaintiff 7829 Faith LLC subject to the Deed of Trust recorded on October 8, 2004, in the official records of the Clark County Recorder as Instrument No. 20041008-0002609;

Title to the property located at 7829 Faith Court, Las Vegas, Nevada 89131 is hereby quieted such that the Deed of Trust recorded in the official records of the Clark County Recorder's office on October 8, 2004, as Instrument No. 20041008-0002609 continues to encumber the property as a valid lien;

That all claims between the Parties be dismissed with prejudice, each party to bear its own costs and attorneys' fees;

The Lis Pendens recorded in the official records of the Clark County Recorder on April 18, 2018, as Instrument No. 20180418-0000473 shall be expunged; and

A copy of this order may be recorded in the official records of the Clark County Recorder.

IT IS SO STIPULATED.

DATED: ~~July~~ Aug. 21, 2019

BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC

By: /s/ Brandon L. Phillips
BRANDON L. PHILLIPS. ESQ.
Nevada Bar No. 12264
1455 E. Tropicana, Ste. 750
Las Vegas, NV 89119
*Attorney for Plaintiff,*
*7829 Faith LLC*

DATED: ~~July~~ August 21, 2019

WOLFE & WYMAN LLP

By: /s/ Colt B. Dodrill
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
6757 Spencer Street
Las Vegas, NV 89119
*Attorneys for Defendants,*
*PNC Bank, N.A. and Federal Home*
*Loan Mortgage Corporation*

2

DATED: ~~July __, 2019~~ August 21, 2019

KOLESAR & LEATHAM

By: /s/ *Michael R. Brooks*
    MICHAEL R. BROOKS. ESQ.
    Nevada Bar No. 7287
    400 S. Rampart Boulevard, Ste. 400
    Las Vegas, NV 89145
    *Attorneys for Defendant,*
    *Silver State Schools Credit Union*

## ORDER

Based on this stipulation [31], which I construe as a joint motion because it is signed by fewer than all remaining parties, IT IS HEREBY ORDERED that title to 7829 Faith Court, Las Vegas, Nevada, 89131 is quieted; IT IS HEREBY DECLARED that the Deed of Trust recorded in the official records of the Clark County Recorder's office on October 8, 2004, as Instrument No. 20041008-0002609 continues to encumber the property as a valid lien; all claims by Plaintiff 7829 Faith LLC against PNC Bank, N.A., and Federal Home Loan Mortgage corporation are DISMISSED with prejudice, each party to bear its own fees and costs.

IT IS FURTHER ORDERED that Plaintiff 7829 Faith Court has until September 5, 2019, to notify the court of the status of the claims against Silver State Schools Credit Union, Kevin L. Hendricks, and National City Mortgage Company; Interpleader Absolute Collection Services, LLC, has until September 5, 2019, to notify the court of the status of its claims. Failure to file a timely notice will result in the court deeming this case or those particular claims abandoned and closing this case.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 22, 2019

3